B1 (Official Form 1) (12/11)

## United States Bankruptcy Court
### NORTHERN DISTRICT OF ILLINOIS

| | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arthur, Todd A** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Arthur, Kelly Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **9181** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **5270** |
| Street Address of Debtor (No. & Street, City, and State):<br>**19554 Heritage Drive**<br>**Tinley Park, IL**      ZIPCODE **60487** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**19554 Heritage Drive**<br>**Tinley Park, IL**      ZIPCODE **60487** |
| County of Residence or of the<br>Principal Place of Business: **Will** | County of Residence or of the<br>Principal Place of Business: **Will** |
| Mailing Address of Debtor (if different from street address):<br>**SAME**      ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>**SAME**      ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **NOT APPLICABLE**      ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☐ Debts are primarily business debts.

### Chapter 15 Debtors
Country of debtor's center of main interests:
_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

### Tax-Exempt Entity
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000 .

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

---

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1) (12/11)** FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Todd A Arthur and*<br>*Kelly Ann Arthur* |

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br><br>**NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br><br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td align="center"><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br><br>☐ Exhibit A is attached and made a part of this petition</td><td><b>Exhibit B</b><br><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  <i>/s/ Bernard P. Mulvaney Sr.</i><br>    Signature of Attorney for Debtor(s)      Date</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Todd A Arthur  and***<br>***Kelly Ann Arthur*** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Todd A Arthur*
Signature of Debtor

**X** */s/ Kelly Ann Arthur*
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** */s/ Bernard P. Mulvaney Sr.*
Signature of Attorney for Debtor(s)

***Bernard P. Mulvaney Sr. 6184734***
Printed Name of Attorney for Debtor(s)

***Bernard P. Mulvaney Sr., Ltd.***
Firm Name

***7000 West 127th Street***
Address

***Palos Heights, IL  60463***

***708-671-2000***
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Todd A Arthur*                                                                Case No.
      *and*                                                                                              (if known)
      *Kelly Ann Arthur*

_____
                              Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Todd A Arthur*

Date:

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Todd A Arthur*                                   Case No.
*and*                                                   Chapter   7
*Kelly Ann Arthur*

_____
                           Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒     1. Within the 180 days   **before the filing of my bankruptcy case,**     I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐     2. Within the 180 days   **before the filing of my bankruptcy case,**     I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐     3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

   **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

☐     4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*

*[Must be accompanied by a motion for determination by the court.]*

        ☐     Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐     Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐     Active military duty in a military combat zone.

     ☐     5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     */s/ Kelly Ann Arthur*  _____

Date:    _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Todd A Arthur*                                        Case No.
    *and*                                Chapter    7
    *Kelly Ann Arthur*

_____/ Debtor

## Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    *None.*

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    *None.*

FORM B6A (Official Form 6A) (12/07)

In re _Todd A Arthur_  and _Kelly Ann Arthur_ _____ ,    Case No._____
Debtor(s)    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _19554 Heritage Dr., Tinley Park, IL_<br><br>_cma 6-2011_ | _Joint Tenants by Entirety_ | J | $ 335,000.00 | $ 306,410.97 |
| _Vistana Cascades - 1 week time share purchase price $810.00_ | _Husband and Wife_ | J | $ 400.00 | $ 400.00 |
| | | | **TOTAL $** 335,400.00 | |

No continuation sheets attached

**TOTAL $**    335,400.00
**(Report also on Summary of Schedules.)**

In re _Todd A Arthur  and Kelly Ann Arthur_ ,          Case No. _____

Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | J | $ 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account - Oak Forest Banking Center*<br>*Location: In debtor's possession* | J | $ 500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Miscellaneous family Furniture - used - family of six*<br>*Location: In debtor's possession* | J | $ 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Clothing - 4 seasons family of four*<br>*Location: In debtor's possession* | J | $ 2,500.00 |
| | | *Police Uniforms & equipment*<br>*Location: In debtor's possession* | J | $ 750.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | *Police service weapons,*<br>*Location: In debtor's possession* | J | $ 950.00 |

Page _1_ of _4_

In re _Todd A Arthur  and Kelly Ann Arthur_____,   Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance term policies - death benefit only Country Financial* *Todd - $1,000,000.00* *Todd - $250,000.00* *Kelly - $100,000.00* *Location: In debtor's possession* | J | *Unknown* |
| | | *Life Insurance Universal Life* *Todd - db - $150,000.00 -surrender value less loan $277.90* *Kelly - db - $100,000.00 -surrender value less loan $165.32* *Location: In debtor's possession* | J | *$ 443.22* |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | | *Edward Jones College Funds- 2 accounts - est value* *Location: In debtor's possession* | J | *$ 400.00* |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *Police pension* *Location: In debtor's possession* | H | *$ 100,000.00* |
| | | *TRS pension - value as of 6/30/11* *Location: In debtor's possession* | W | *$ 37,360.00* |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Arthur & Varkalis Inc. - small builder/remodeller - negative value, corporation owns multiple fully secured building lots in foreclosure and two "spec" homes fully secured and in foreclosure. Spec homes are/were rented and tenants are in default.  Corporation also holds a believed uncollectible mortgage on property sold "short" in 2007. Location: In debtor's possession* | J | *$ 0.00* |

B6B (Official Form 6B) (12/07)

In re _Todd A Arthur  and Kelly Ann Arthur_____,   Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2007 Dodge Ram truck also used by debtor for doing business* Location: In debtor's possession | J | $ 4,500.00 |
| | | *2009 Dodge Caravan* Location: In debtor's possession | J | $ 13,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Page   3   of   4

B6B (Official Form 6B) (12/07)

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,      Case No. _____
               Debtor(s)                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total ➡** | $ 162,103.22 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re _Todd A Arthur  and Kelly Ann Arthur_                          ,        Case No. _____
                    Debtor(s)                                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 19554 Heritage Dr., Tinley Park, IL | 735 ILCS 5/12-901 | $ 28,589.03 | $ 335,000.00 |
| Vistana Cascades - 1 week time share | 735 ILCS 5/12-1001(b) | $ 400.00 | $ 400.00 |
| Cash | 735 ILCS 5/12-1001(b) | $ 200.00 | $ 200.00 |
| Checking Account | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| Miscellaneous family Furniture | 735 ILCS 5/12-1001(b) | $ 1,500.00 | $ 1,500.00 |
| Clothing | 735 ILCS 5/12-1001(a) | $ 2,500.00 | $ 2,500.00 |
| Police Uniforms & equipment | 735 ILCS 5/12-1001(d) | $ 750.00 | $ 750.00 |
| Police service weapons | 735 ILCS 5/12-1001(d) | $ 950.00 | $ 950.00 |
| Life Insurance term policies | 735 ILCS 5/12-1001(f) | $ 0.00 | Unknown |
| Life Insurance Universal Life | 735 ILCS 5/12-1001(f) | $ 443.22 | $ 443.22 |
| Edward Jones College Funds | 15 ILCS 505/16.5 | $ 400.00 | $ 400.00 |
| Police pension | 40 ILCS 5/3-144.1 | $ 100,000.00 | $ 100,000.00 |
| TRS pension | 40 ILCS 5/16-190 | $ 37,360.00 | $ 37,360.00 |
| Arthur & Varkalis Inc. | 735 ILCS 5/12-1001(b) | $ 0.00 | $ 0.00 |
| 2007 Dodge Ram truck | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 4,500.00 |

Page No. __1__ of __2__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/10)

In re _Todd A Arthur  and Kelly Ann Arthur_ ,                Case No. _____
                                     Debtor(s)                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _2009 Dodge Caravan_ | _735 ILCS 5/12-1001(c)_ | $ 486.00 | $ 13,000.00 |

Page No. __2__ of __2__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re Todd A Arthur  and Kelly Ann Arthur _____,   Case No. _____
          **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien — H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 0770<br>Creditor # : 1<br>Chase<br>10790 Rancho Bernardo Rd<br>San Diego CA 92127 | J | 2003-03-14<br>Mortgage<br>19554 Heritage Dr., Tinley Park, IL<br><br>Value: $ 335,000.00 | X | X | | $ 75,133.00 | $ 0.00 |
| Account No:<br>Creditor # : 2<br>First Midwest Bank<br>P.O Box 9003<br>Gurnee IL 60031 | X J | 5-11-2007<br>Non-purchase Money Security<br>19554 Heritage Dr., Tinley Park, IL - collaterized 2nd mtg on residence<br>Value: $ 335,000.00 | X | X | X | $ 231,277.97 | $ 0.00 |
| Account No:<br>Representing:<br>First Midwest Bank | | Bayview Loan Servicing Inc<br>4425 Ponce De Leon, 5th Fl<br>Miami FL 33146<br><br>Value: | | | | | |

1 continuation sheets attached

Subtotal $ (Total of this page)            $ 306,410.97        $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____,   Case No._____
_____Debtor(s)                                           (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *Representing: First Midwest Bank* | | *Bayview Loan Servicing LLC 1 N LaSalle St., Ste 850 Chicago IL 60602* Value: | | | | | |
| Account No: *Representing: First Midwest Bank* | | *Heavner, Scott, Beyers et. al. 111 East Main Street, Ste 200 Decatur IL 62523* Value: | | | | | |
| Account No: *Representing: First Midwest Bank* | | *Tracy Johnson & Wilson Raymond Meader 2801 Black Rd., 2nd Floor Joliet IL 60435* Value: | | | | | |
| Account No: *Creditor # : 3 South Division Credit Union 14740 Cicero Ave Midlothian IL 60445* | J | *Purchase Money Security Dodge Ram truck* Value: *$ 4,500.00* | | | | $ 5,500.00 | $ 1,000.00 |
| Account No: *0520* *Creditor # : 4 Td Auto Finance 5225 Crooks Rd Ste 140 Troy MI 48098* | J | *2009-02-26 Purchase Money Security 2009 Dodge Caravan* Value: *$ 13,000.00* | | X | | $ 12,514.00 | $ 0.00 |
| Account No: *Creditor # : 5 Vistanes Cascades Assoc P.O. Box 105105 Atlanta GA 30348* | J | *Purchase Money Security Vistana Cascades - 1 week time share* Value: *$ 400.00* | X | X | | $ 1,200.00 | $ 800.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) | $ 19,214.00 | $ 1,800.00
Total $ (Use only on last page) | $ 325,624.97 | $ 1,800.00
(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (04/10)

In re Todd A Arthur   and Kelly Ann Arthur                                    ,       Case No._____
              **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   **continuation sheets attached**

Official Form 6E (04/10) – Cont.

In re  _Todd A Arthur   and Kelly Ann Arthur_____ ,      Case No._____
          **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *-024* *Creditor # : 1* *Will County Treasurer* *302 N Chicago Street* *Joliet IL 60432* | J | *2011 property taxes* | X | X | X | $ 10,005.56 | $ 10,005.56 | $ 0.00 |
| Account No: *Representing:* *Will County Treasurer* | | *Bayview Loan Servicing LLC* *1 N LaSalle St., Ste 850* *Chicago IL 60602* | | | | | | |
| Account No: *Representing:* *Will County Treasurer* | | *Heavner, Scott, Beyers et. al.* *111 East Main Street, Ste 200* *Decatur IL 62523* | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 10,005.56 | 10,005.56 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 10,005.56 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 10,005.56 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,   Case No._____
           **Debtor(s)**                                                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | J | | X | X | X | $ 2,400.00 |
| Creditor # : 1 22nd Century Media 11516 W 183rd Street Orland Park IL 60467 | | | business- Arthur Custom Homes | | | | |
| Account No: | X | J | | X | X | X | $ 339.00 |
| Creditor # : 2 Allegiance HVAC 19135 Blackhawk Pkwy Mokena IL 60448 | | | business - Arthur Custom Homes | | | | |
| Account No: 2370 | X | H | | X | X | X | $ 20,694.35 |
| Creditor # : 3 Allied Building Products c/o Chaet Kaplan Bain 30 N LaSalle St., Ste 1520 Chicago IL 60602 | | | Debt of Arthur Builders | | | | |
| Account No: 2370 | | | | | | | |
| Representing: Allied Building Products | | | AGA 740 Walt Whitman Road Melville NY 11747 | | | | |

_14_ continuation sheets attached

Subtotal $   $ 23,433.35

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Todd A Arthur  and Kelly Ann Arthur_____ ,     Case No. _____
**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2370  *Representing:* Allied Building Products | | | ChaetKaplanBain 30 North LaSalle, Ste 1320 Chicago IL 60602 | | | | |
| Account No: Creditor # : 4 American Builders & Cont Supp dba ABC Supply Co Inc 1 ABC Parkway Beloit WI 53511 | | H | guarantor of corporate debt - suit 11 M1 150918 | X | X | X | $ 26,625.62 |
| Account No: *Representing:* American Builders & Cont Supp | | | Teller Levit & Silvertrust 11 East Adams St., 8th Fl Chicago IL 60603 | | | | |
| Account No: Creditor # : 5 American Express Box 0001 Los Angeles CA 90096-0001 | | J | | X | X | X | $ 15,000.00 |
| Account No: *Representing:* American Express | | | ARSI 555 St Charles Dr., Ste 100 Thousand Oaks CA 91360 | | | | |
| Account No: Creditor # : 6 American Import Tile 7000 Wheeler Dr Orland Park IL 60462 | X | J | business - Arthur Custom Homes | X | X | X | $ 1,120.00 |

Sheet No. _1_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 42,745.62 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____,   Case No._____
      **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1005<br><br>Creditor # : 7<br>Amex<br>Po Box 297871<br>Fort Lauderdale FL 33329 | | | 2004-11-11<br><br>11 M1 128900 | X | X | X | $ 12,046.00 |
| Account No:   1005<br><br>Representing:<br>Amex | | | Zwicker & Assoc<br>7366 N Lincoln Ave., Ste 102<br>Lincolnwood IL 60712 | | | | |
| Account No:<br><br>Creditor # : 8<br>AT & T<br>P.O. Box 8100<br>Aurora IL 60507-8100 | X | J | Arthur Custom Homes | X | X | X | $ 400.00 |
| Account No:   2142<br><br>Creditor # : 9<br>Cap One<br>Po Box 85520<br>Richmond VA 23285 | | | 2006-04-06<br><br>11 AR 2027 - Will County | X | X | X | $ 29,365.00 |
| Account No:   2142<br><br>Representing:<br>Cap One | | | LVNV Funding LLC<br>P.O. Box 740281<br>Houston TX 77274 | | | | |
| Account No:   2142<br><br>Representing:<br>Cap One | | | Blatt, Hassenmiller, Leibsker<br>125 S Wacker Dr., Suite 400<br>Chicago IL 60606 | | | | |

Sheet No.   _2_ of   _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 41,811.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,          Case No. _____
　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4148 <br> Creditor # : 10 <br> Cap One <br> Po Box 85520 <br> Richmond VA 23285 | | | 2005-09-01 | X | X | X | $ 10,054.00 |
| Account No:   4148 <br><br> Representing: <br> Cap One | | | Freedman Anselmo Lindberg <br> 1807 W Diehl Rd, Ste 333 <br> Naperville IL 60566-7228 | | | | |
| Account No:   2756 <br> Creditor # : 11 <br> Cbna <br> Po Box 6497 <br> Sioux Falls SD 57117 | | | 2005-04-20 <br><br> Home Depot | X | X | X | $ 10,787.00 |
| Account No:   1470 <br> Creditor # : 12 <br> Chase <br> Po Box 15298 <br> Wilmington DE 19850 | | | 2003-04-22 | | | | $ 297.00 |
| Account No:   7251 <br> Creditor # : 13 <br> Chase <br> Po Box 15298 <br> Wilmington DE 19850 | | | 2008-07-09 <br><br> Wamu card | | | | $ 2,650.00 |
| Account No:   7251 <br><br> Representing: <br> Chase | | | LTD Financial <br> Houston TX 77074 | | | | |

Sheet No.   3   of   14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $　　　　$ 23,788.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,   Case No._____
            **Debtor(s)**                                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4041<br>Creditor # : 14<br>Chase<br>Po Box 15298<br>Wilmington DE 19850 | | | 2004-11-12<br><br>GM card | X | X | X | $ 10,760.00 |
| Account No:   4041<br>Representing:<br>Chase | | | Nationwide Credit Inc<br>2002 Summit Blvd<br>Atlanta GA 30319 | | | | |
| Account No:   8414<br>Creditor # : 15<br>Chase<br>Po Box 15298<br>Wilmington DE 19850 | | | 2003-08-20 | X | X | X | $ 23,132.00 |
| Account No:   0238<br>Creditor # : 16<br>Chase<br>Po Box 15298<br>Wilmington DE 19850 | | J | 1992-10-19 | | | | $ 721.00 |
| Account No:   6922<br>Creditor # : 17<br>Citibank SD<br>Po Box 6241<br>Sioux Falls SD 57117 | | | 2011-08-24<br><br>Sears ? | X | X | X | $ 7,576.00 |
| Account No:   6922<br>Representing:<br>Citibank SD | | | CACH LLC<br>4340 S MONACO ST UNIT 2<br>DENVER CO 80237 | | | | |

Sheet No.   _4_ of   _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 42,189.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,     Case No._____
          **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *6922* <br><br> *Representing:* <br> *Citibank SD* | | | *GS Service Limited Collection* <br> *6330 Gulfton* <br> *Houston TX 77081* | | | | |
| Account No: <br><br> *Creditor # : 18* <br> *Comcast* <br> *P.O. Box 3002* <br> *  19398-3002* | X | J | *Business - Arthur Custom Homes* | X | X | X | $ 300.00 |
| Account No: <br><br> *Creditor # : 19* <br> *ComEd* <br> *P.O. Box 611* <br> *Carol Stream IL 60197* | | J | *Business use only - Arthur Custom Homes* | | | | $ 205.00 |
| Account No: <br><br> *Creditor # : 20* <br> *Complete Drywall & Taping* <br> *26350 Scheer Rd* <br> *Manhattan IL 60442* | X | J | *collection plus fees and costs* | X | X | X | $ 9,980.00 |
| Account No: <br><br> *Representing:* <br> *Complete Drywall & Taping* | | | *John M Galich, Esq., LLC* <br> *1010 Jorie Blvd., Ste 370* <br> *Oak Brook IL 60523* | | | | |
| Account No: <br><br> *Creditor # : 21* <br> *Corsetti Steel* <br> *2515 Old New Lenox Rd* <br> *Joliet IL 60433* | X | J | *business - Arthur Custom Homes* | X | X | X | $ 1,075.00 |

Sheet No. __5__ of __14__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 11,560.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,        Case No. _____
            **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 22<br>Dell Financial Service<br>c/o ARSI<br>555 St Charles Sr., #110<br>Thousand Oaks CA 91360 | X | J | business - Arthur Custom Homes | X | X | X | $ 2,731.00 |
| Account No:<br>Creditor # : 23<br>Dex One Advertising<br>c/o Liquidebt Systems<br>29 W 170 Butterfield Rd, #102<br>Warrenville IL 60555-3159 | X | J | business - Arthur Custom Homes | X | X | X | $ 10,305.00 |
| Account No:<br>Creditor # : 24<br>Duarte Stonemason<br>1121 Ridgewood<br>Joliet IL 60432 | X | J | business - Arthur Custom Homes | X | X | X | $ 5,575.00 |
| Account No:<br>Creditor # : 25<br>First Midwest Bank<br>P.O Box 9003<br>Gurnee IL 60031 | X | H | Guarantor, multiple loans of Arthur Custom Homes, amount as alleged by loan servicer, | X | X | X | $ 865,928.16 |
| Account No:<br>Representing:<br>First Midwest Bank | | | Bayview Loan Servicing Inc<br>4425 Ponce De Leon, 5th Fl<br>Miami FL 33146 | | | | |
| Account No:<br>Representing:<br>First Midwest Bank | | | Bayview Loan Servicing LLC<br>1 N LaSalle St., Ste 850<br>Chicago IL 60602 | | | | |

Sheet No. __6_ of __14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 884,539.16

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,        Case No. _____
    **Debtor(s)**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Representing:* <br> First Midwest Bank | | | Heavner, Scott, Beyers et. al. <br> 111 East Main Street, Ste 200 <br> Decatur IL 62523 | | | | |
| Account No: <br> *Representing:* <br> First Midwest Bank | | | Tracy Johnson & Wilson <br> Raymond Meader <br> 2801 Black Rd., 2nd Floor <br> Joliet IL 60435 | | | | |
| Account No: <br> Creditor # : 26 <br> Forest Lumber Company <br> 17280 S Cicero Ave <br> Country Club Hil IL 60478 | X | H | lawsuit 11 CH 25783 - estimated debt <br> guarantor of corporate debt | X | X | X | $ 15,756.00 |
| Account No: <br> *Representing:* <br> Forest Lumber Company | | | Langhenry Gillen Ludquist <br> Joshua M Feagans <br> 18 W Cass St., Ste 500 <br> Joliet IL 60432 | | | | |
| Account No: <br> Creditor # : 27 <br> Forest Lumber Company <br> 17280 S Cicero Ave <br> Country Club Hil IL 60478 | | H | lawsuit 11 CH 2736 - estimate claim <br> guarantor of corporate debt | X | X | X | $ 21,000.00 |
| Account No: <br> *Representing:* <br> Forest Lumber Company | | | Langhenry Gillen Ludquist <br> Joshua M Feagans <br> 18 W Cass St., Ste 500 <br> Joliet IL 60432 | | | | |

Sheet No. _7_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 36,756.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,    Case No. _____
            **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | J | | X | X | X | $ 3,900.00 |
| Creditor # : 28 *Frankfort Square Partners* *9445 Cosaire Rd* *Frankfort IL 60423* | | | *business - Arthur custom Homes* | | | | |
| Account No: | X | J | | X | X | X | $ 15,633.00 |
| Creditor # : 29 *Hamstra Roofing* *22823 S Mustang Rd* *Frankfort IL 60423* | | | *business - Arthur Custom Homes* | | | | |
| Account No: | | J | | X | X | X | $ 107,880.00 |
| Creditor # : 30 *Home Depot Credit Services* *Processing Center* *Des Moines IA 50364-0500* | | | | | | | |
| Account No: | | | | | | | |
| *Representing:* *Home Depot Credit Services* | | | *CBE Group* *1309 Technology Pkwy* *Cedar Falls IA 50613* | | | | |
| Account No: | X | J | | X | X | X | $ 2,953.00 |
| Creditor # : 31 *Home Pages* *915 E Liincoln Hwy, PO Box 801* *DeKalb IL 60115* | | | *business - Arthur Custom Homes* | | | | |
| Account No: | X | J | | X | X | X | $ 3,945.00 |
| Creditor # : 32 *Hooked Up Inc* *648 First St* *Crete IL 60417* | | | *business - Arthur Custom Homes* | | | | |

Sheet No. _8_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 134,311.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,   Case No. _____
              **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9409<br>Creditor # : 33<br>Hsbc Bank Nev Darvin | | | 2011-06-22 | X | X | X | $ 3,566.00 |
| Account No:   9409<br>Representing:<br>Hsbc Bank Nev Darvin | | | LVNV FUNDING LLC<br>PO BOX 740281<br>HOUSTON TX 77274 | | | | |
| Account No:   9409<br>Representing:<br>Hsbc Bank Nev Darvin | | | Integrity Financial<br>4370 W 109th St., Ste 100<br>Overland Park KS 66211 | | | | |
| Account No:   9409<br>Creditor # : 34<br>Hsbc/rs<br>90 Christiana Rd<br>New Castle DE 19720 | | | 2004-11-15 | X | X | X | $ 3,442.00 |
| Account No:<br>Creditor # : 35<br>Image Innovations<br>P.O. Box 2203<br>Chesterton IN 46304 | X | J | business - Arthur Custom Homes | X | X | X | $ 6,295.00 |
| Account No:<br>Creditor # : 36<br>Infinity insurance<br>P.O. Box 830807<br>Birmingham AL 35283 | X | J | business - Arthur Custom Homes | X | X | X | $ 44.00 |

Sheet No.  _9_ of  _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal $**      $ 13,347.00

                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____,   Case No._____
_____**Debtor(s)**_____   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 37<br>Infinity Landscape<br>21752 St Albert Ct<br>Mokena IL 60448 | X | J | business - Arthur Custom Homes | X | X | X | $ 1,665.00 |
| Account No:<br>Creditor # : 38<br>Kim Noonan - ReMax All Prop<br>1938 E Lincoln Hwy, Ste 218<br>New Lenox IL 60451 | X | J | business commision - Arthur Custom Homes | X | X | X | $ 1,800.00 |
| Account No:<br>Creditor # : 39<br>M & M Affordable Plumbing Inc<br>1813 Moen Ave<br>Joliet IL 60436 | X | H | lawsuit 11 CH 02736 - est debt guarantor of corporate debt | X | X | X | $ 21,000.00 |
| Account No:<br>Representing:<br>M & M Affordable Plumbing Inc | | | Langhenry Gillen Ludquist<br>Joshua M Feagans<br>18 W Cass St., Ste 500<br>Joliet IL 60432 | | | | |
| Account No:<br>Creditor # : 40<br>Michael Schultz<br>1828 Roberts<br>Wilmington IL 60481 | | J | business investment - Athur Custom Homes | X | X | X | $ 100,000.00 |
| Account No:<br>Creditor # : 41<br>Nicor Gas<br>P.O. Box 190<br>Aurora IL 60507-9980 | X | J | business - Arthur Custom Homes | X | X | X | $ 750.00 |

Sheet No. __10__ of __14__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 125,215.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,   Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 42 Paul & Laura Smajo 2526 W Corning Ave Beecher IL 60401 | X | H | *lawsuit - 11 CH 02736 - estimated amount guarantor of corporate debt* | X | X | X | $ 42,000.00 |
| Account No: Representing: Paul & Laura Smajo | | | *Thomas F Courtney & Assoc 7000 W 127th St Palos Heights IL 60463* | | | | |
| Account No: Creditor # : 43 PPG Finishes P.O. Box 536864 Atlanta GA 30353 | X | J | *business - Arthur custom Homes* | X | X | X | $ 990.00 |
| Account No: Creditor # : 44 Robert & Annette Arthur 14525 Beacon Avenue Orland Park IL 60462 | X | H | *lawsuit 11 CH 25783 - estmated debt guarnator of corporate debt* | X | X | X | $ 15,756.00 |
| Account No: Representing: Robert & Annette Arthur | | | *Langhenry Gillen Ludquist Joshua M Feagans 18 W Cass St., Ste 500 Joliet IL 60432* | | | | |
| Account No: Representing: Robert & Annette Arthur | | | *Borovsky & Ehrlich 111 E Wacker Drive., Ste 1325 Chicago IL 60601* | | | | |

Sheet No. _11_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 58,746.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____,   Case No._____
          **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   8647 | X | H | | X | X | X | $ 12,927.97 |
| Creditor # : 45 Schaaf Window Co., Inc 18445 Thompson Court Tinley Park IL 60477 | | | guarantor of corporate debt lawsuit 11 M1 158647 | | | | |
| Account No:   8647 | | | Hoogendoorn & talbot John C Lillig 122 S Michigan Ave, Ste 1220 Chicago IL 60603 | | | | |
| Representing: Schaaf Window Co., Inc | | | | | | | |
| Account No:   0976 | | | 1989-11-01 | X | X | X | $ 7,576.00 |
| Creditor # : 46 Sears/cbna Po Box 6189 Sioux Falls SD 57117 | | | | | | | |
| Account No: | X | J | | X | X | X | $ 3,450.00 |
| Creditor # : 47 Slager Concrete 25660 S LaGrange, Unit 1 Monee IL 60449 | | | business - Arthur Custom Homes | | | | |
| Account No: | X | J | | X | X | X | $ 3,600.00 |
| Creditor # : 48 Sun Times Media c/o Levy Diamond Bellow P.O. Box 352 Milford CT 06460 | | | business - Arthur Custom Homes | | | | |
| Account No: | X | J | | X | X | X | $ 15,800.00 |
| Creditor # : 49 Timber Ridge Const Co c/o Thomas P Burke 23930 Bay to Bay Blvd Beecher IL 60401 | | | | | | | |

Sheet No. _12_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 43,353.97

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_ ,   Case No._____
          **Debtor(s)**                                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | Timber Ridge | | | | |
| *Representing:* Timber Ridge Const Co | | | P.O. Box 346 New Lenox IL 60451 | | | | |
| Account No: | X | J | | X | X | X | $ 400.00 |
| Creditor # : 50 Van Bruggen Signs 13401 Southwest Hwy Orland Park IL 60462 | | | business - Arthur Custom Homes | | | | |
| Account No: | X | J | | X | X | X | $ 1,542.00 |
| Creditor # : 51 Van's Disposal 11641 S Ridgeland Ave Alsip IL 60803 | | | business - Arthur Custom Homes | | | | |
| Account No: | X | J | | X | X | X | $ 1,750.00 |
| Creditor # : 52 Village of Peotone 208 E Main Street Peotone IL 60468 | | | mutliple business tickets - Arthur Custom Homes | | | | |
| Account No: 7802 | | W | | X | X | X | $ 52,410.00 |
| Creditor # : 53 Wells Fargo 100 W Washington, Floor 5 Phoenix AZ 85003 | | | i/o loc | | | | |
| Account No: 7802 | | | Primary Fiancial Services 3115 North 3rd Avenue, Ste 112 Phoenix AZ 85013 | | | | |
| *Representing:* Wells Fargo | | | | | | | |

Sheet No. _13_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 56,102.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Todd A Arthur   and Kelly Ann Arthur_____ ,     Case No. _____
　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    4790 <br> Creditor # : 54 <br> Wells Fargo <br> 100 W Washington, Floor 5 <br> Phoenix AZ 85003 | | J | i/o loc | X | X | X | $ 52,500.00 |
| Account No:    4790 <br> Representing: <br> Wells Fargo | | | Primary Fiancial Services <br> 3115 North 3rd Avenue, Ste 112 <br> Phoenix AZ 85013 | | | | |
| Account No: <br> Creditor # : 55 <br> Will County <br> 14 W Jefferson <br> Joliet IL 60432 | X | J | tickets/fines - Arthur custom Homes | X | X | X | $ 750.00 |
| Account No: <br> Creditor # : 56 <br> Will County Treasurer <br> 302 N Chicago Street <br> Joliet IL 60432 | X | J | business - multiple unimproved vacant lots <br> Arthur Custom Homes | X | X | X | $ 4,900.00 |
| Account No: <br> Representing: <br> Will County Treasurer | | | Bayview Loan Servicing LLC <br> 1 N LaSalle St., Ste 850 <br> Chicago IL 60602 | | | | |
| Account No: <br> Representing: <br> Will County Treasurer | | | Heavner, Scott, Beyers et. al. <br> 111 East Main Street, Ste 200 <br> Decatur IL 62523 | | | | |

Sheet No. __14__ of ___14___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 58,150.00

Total $        $ 1,596,047.10

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Todd A Arthur   and Kelly Ann Arthur_ _____ / Debtor     Case No. _____

                                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
| --- | --- |
|  |  |

B6H (Official Form 6H) (12/07)

In re _Todd A Arthur   and Kelly Ann Arthur_____ / Debtor     Case No. _____
                                                                                        (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Arthur and Varkalis Builders_<br>_dba Arthur Custom Homes_<br>_19554 Heritage Dr_<br>_Tinley Park IL   60487_ | _22nd Century Media_<br>_11516 W 183rd Street_<br>_Orland Park IL   60467_<br><br>_Allegiance HVAC_<br>_19135 Blackhawk Pkwy_<br>_Mokena IL   60448_<br><br>_Allied Building Products_<br>_c/o Chaet Kaplan Bain_<br>_30 N LaSalle St., Ste 1520_<br>_Chicago IL   60602_<br><br>_American Import Tile_<br>_7000 Wheeler Dr_<br>_Orland Park IL   60462_<br><br>_AT & T_<br>_P.O. Box 8100_<br>_Aurora IL   60507-8100_<br><br>_Comcast_<br>_P.O. Box 3002_<br>_   19398-3002_<br><br>_Complete Drywall & Taping_<br>_26350 Scheer Rd_<br>_Manhattan IL   60442_<br><br>_Corsetti Steel_<br>_2515 Old New Lenox Rd_<br>_Joliet IL   60433_<br><br>_Dell Financial Service_<br>_c/o ARSI_<br>_555 St Charles Sr., #110_<br>_Thousand Oaks CA   91360_ |

B6H (Official Form 6H) (12/07)

In re _Todd A Arthur   and Kelly Ann Arthur_ _____ / Debtor      Case No. _____

                                                                                        (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Arthur and Varkalis Builders   ...continued_ | _Dex One Advertising_<br>_c/o Liquidebt Systems_<br>_29 W 170 Butterfield Rd, #102_<br>_Warrenville IL  60555-3159_<br><br>_Duarte Stonemason_<br>_1121 Ridgewood_<br>_Joliet IL  60432_<br><br>_First Midwest Bank_<br>_P.O Box 9003_<br>_Gurnee IL  60031_<br><br>_First Midwest Bank_<br>_P.O Box 9003_<br>_Gurnee IL  60031_<br><br>_Forest Lumber Company_<br>_17280 S Cicero Ave_<br>_Country Club Hil IL  60478_<br><br>_Frankfort Square Partners_<br>_9445 Cosaire Rd_<br>_Frankfort IL  60423_<br><br>_Hamstra Roofing_<br>_22823 S Mustang Rd_<br>_Frankfort IL  60423_<br><br>_Home Pages_<br>_915 E Liincoln Hwy, PO Box 801_<br>_DeKalb IL  60115_<br><br>_Hooked Up Inc_<br>_648 First St_<br>_Crete IL  60417_<br><br>_Image Innovations_<br>_P.O. Box 2203_<br>_Chesterton IN  46304_<br><br>_Infinity insurance_<br>_P.O. Box 830807_<br>_Birmingham AL  35283_ |

In re _Todd A Arthur   and Kelly Ann Arthur_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Arthur and Varkalis Builders   ...continued_ | _Infinity Landscape_<br>_21752 St Albert Ct_<br>_Mokena IL   60448_<br><br>_Kim Noonan - ReMax All Prop_<br>_1938 E Lincoln Hwy, Ste 218_<br>_New Lenox IL   60451_<br><br>_M & M Affordable Plumbing Inc_<br>_1813 Moen Ave_<br>_Joliet IL   60436_<br><br>_Nicor Gas_<br>_P.O. Box 190_<br>_Aurora IL   60507-9980_<br><br>_Paul & Laura Smajo_<br>_2526 W Corning Ave_<br>_Beecher IL   60401_<br><br>_PPG Finishes_<br>_P.O. Box 536864_<br>_Atlanta GA   30353_<br><br>_Robert & Annette Arthur_<br>_14525 Beacon Avenue_<br>_Orland Park IL   60462_<br><br>_Schaaf Window Co., Inc_<br>_18445 Thompson Court_<br>_Tinley Park IL   60477_<br><br>_Slager Concrete_<br>_25660 S LaGrange, Unit 1_<br>_Monee IL   60449_<br><br>_Sun Times Media_<br>_c/o Levy Diamond Bellow_<br>_P.O. Box 352_<br>_Milford CT   06460_<br><br>_Timber Ridge Const Co_<br>_c/o Thomas P Burke_<br>_23930 Bay to Bay Blvd_<br>_Beecher IL   60401_ |

**B6H (Official Form 6H) (12/07)**

In re _Todd A Arthur   and Kelly Ann Arthur_____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Arthur and Varkalis Builders   ...continued_ | _Van Bruggen Signs_<br>_13401 Southwest Hwy_<br>_Orland Park IL  60462_<br><br>_Van's Disposal_<br>_11641 S Ridgeland Ave_<br>_Alsip IL  60803_<br><br>_Village of Peotone_<br>_208 E Main Street_<br>_Peotone IL  60468_<br><br>_Will County_<br>_14 W Jefferson_<br>_Joliet IL  60432_<br><br>_Will County Treasurer_<br>_302 N Chicago Street_<br>_Joliet IL  60432_ |

B6I (Official Form 6I) (12/07)

In re _Todd A Arthur  and Kelly Ann Arthur_____ ,    Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | *son* | *14* |
| | *son* | *11* |
| | *son* | *8* |
| | *son* | *6* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Police Officer* | |
| Name of Employer | *City of Oak Forest* | |
| How Long Employed | *17 years* | |
| Address of Employer | | |
| Occupation | *Substitute teacher* | |
| Name of Employer | *Frankfort School District* | |
| How Long Employed | *3 years* | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *6,933.33* | $ *1,000.00* |
| 2. Estimate monthly overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *6,933.33* | $ *1,000.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ *734.70* | $ *250.00* |
| b. Insurance | $ *470.49* | $ *0.00* |
| c. Union dues | $ *32.50* | $ *0.00* |
| d. Other  (Specify): *Pension* | $ *644.22* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *1,881.90* | $ *250.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *5,051.43* | $ *750.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| 8. Income from real property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify): | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): | $ *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *0.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ *5,051.43* | $ *750.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ *5,801.43* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re *Todd A Arthur  and Kelly Ann Arthur* _____ ,    Case No. _____
                                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,160.00 |
|     a. Are real estate taxes included?    Yes ☒    No ☐ | | |
|     b. Is property insurance included?    Yes ☒    No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 330.00 |
|     b. Water and sewer | $ | 138.00 |
|     c. Telephone | $ | 180.00 |
|     d. Other  *Cable tv - internet* | $ | 215.00 |
|     Other  *Scavenger* | $ | 22.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 400.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 610.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 286.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 150.00 |
|     e. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12,  and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 1,374.00 |
|     b. Other: | $ | 0.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 6,315.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 5,801.43 |
|     b. Average monthly expenses from Line 18 above | $ | 6,315.00 |
|     c. Monthly net income (a. minus b.) | $ | (513.57) |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Todd A Arthur   and Kelly Ann Arthur*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      335,400.00 | | |
| B-Personal Property | *Yes* | *4* | $      162,103.22 | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      325,624.97 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $       10,005.56 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *15* | | $    1,596,047.10 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *4* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        5,801.43 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $        6,315.00 |
| TOTAL | | *33* | $      497,503.22 | $    1,931,677.63 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Todd A Arthur  and Kelly Ann Arthur*　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *10,005.56* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *10,005.56* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *5,801.43* |
| Average Expenses (from Schedule J, Line 18) | $ *6,315.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *0.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *1,800.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *10,005.56* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *1,596,047.10* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *1,597,847.10* |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Todd A Arthur  and Kelly Ann Arthur_ _____    Case No. _____
                          Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___34___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____          Signature _/s/ Todd A Arthur_____
                                                  _Todd A Arthur_

Date: _____          Signature _/s/ Kelly Ann Arthur_____
                                                  _Kelly Ann Arthur_

                                        [If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *Todd A Arthur*
  **and**
  *Kelly Ann Arthur*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

*Year to date: 6,000.00 - e*            *wages*
   *Last Year:72,000.00 - e*
*Year before: 34,000.00 - e*

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

*Year to date: none*            *S corporate ordinary incomes/loss*
   *Last Year: unkown*

AMOUNT                                    SOURCE

*2010 - 91,415.00*
*2009 -162,570.00*

---

### 3. Payments to creditors

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *AMEX vs Todd Arthur 11 M1 128900* | *credit card collection* | *1st Muni, Chgo, IL* | *pending* |
| *Capital One vs. Kelly Arthur 11 AR 2027* | *Credit card collection* | *Arbitration - Will county, IL* | *pending* |
| *Allied Building Products vs. Arthur et al* | *collection* | *1st Muni, Chgo, Il* | *pending* |
| *Capital One vs Co-Debtor 11 AR 2027* | *collection* | *Arbitration - Will county* | *pending* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Forest Lumber vs multiple*<br>*11 CH 25783* | *collection/mech lien* | *cook county chancery* | *pending* |
| *American Builders vs Debtor*<br>*11 M1 150918* | *contract* | *1st Muni, chicago, IL* | *pending* |
| *Schaaf Window v Corp Debtor*<br>*11 M1 158647* | *contract* | *1st Muni, Chicago, Il* | *pending* |
| *M & M Affordable Plumbing vs Debtor and other*<br>*11 CH 2736* | *mech lien foreclosure* | *Will County* | |
| *First Midwest Bank vs Debtor multiple suits*<br>*11 CH 1373; 11 CH 1449;*<br>*11 CH 1746; 11 CH 2692* | *Mortgage Foreclosures* | *Will county* | *pending* |

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☒ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

## 10. Other transfers

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses        in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

Statement of Affairs - Page 5

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

---

None

☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____        Signature    */s/ Todd A Arthur* _____
of Debtor

Date _____        Signature    */s/ Kelly Ann Arthur* _____
of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Todd A Arthur   and Kelly Ann Arthur*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. | |
|---|---|
| **Creditor's Name :**<br><br>*None* | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____    Debtor: */s/ Todd A Arthur*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Todd A Arthur* and *Kelly Ann Arthur*

Case No.

Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes     ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____     Debtor:  */s/ Kelly Ann Arthur*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Todd A Arthur  and Kelly Ann Arthur*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Chase* | *19554 Heritage Dr., Tinley Park, IL* |

Property will be (check one) :

☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt   ☐ Not claimed as exempt

---

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Td Auto Finance* | *2009 Dodge Caravan* |

Property will be (check one) :

☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt   ☐ Not claimed as exempt

Property No. *3*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *First Midwest Bank* | *19554 Heritage Dr., Tinley Park, IL* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

---

Property No. *4*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *South Division Credit Union* | *2007 Dodge Ram truck* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

---

Property No. *5*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Vistanes Cascades Assoc* | *Vistana Cascades - 1 week time share* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes        ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____       Debtor: _/s/ Todd A Arthur_ _____

Date: _____       Joint Debtor: _/s/ Kelly Ann Arthur_ _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re   *Todd A Arthur*
     *and*
  *Kelly Ann Arthur*

Case No.

Chapter  *7*

_____ / Debtor

Attorney for Debtor:   *Bernard P. Mulvaney Sr.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $       *3,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $       *2,500.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $       *500.00*

3.  $    *306.00*    of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:                        Respectfully submitted,

                        X */s/ Bernard P. Mulvaney Sr.* _____
Attorney for Petitioner: *Bernard P. Mulvaney Sr.*
                        *Bernard P. Mulvaney Sr., Ltd.*
                        *7000 West 127th Street*
                        *Palos Heights IL  60463*

                        *708-671-2000*