UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
          §
TODD A ARTHUR § Case No. 12-00908
KELLY ANN ARTHUR §
          §
          §
          Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Joji Takada, Chapter 7 Trustee_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-00908 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TODD A ARTHUR | | | | Date Filed (f) or Converted (c): | 01/12/2012 (f) |
| | KELLY ANN ARTHUR | | | | 341(a) Meeting Date: | 02/01/2012 |
| For Period Ending: | 02/20/2014 | | | | Claims Bar Date: | 11/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19554 Heritage Dr., Tinley Park, Il Cma 6-2011 | 335,000.00 | 0.00 | | 0.00 | FA |
| 2. Vistana Cascades - 1 Week Time Share Purchase Price $8 | 400.00 | 0.00 | | 0.00 | FA |
| 3. Cash Location: In Debtor's Possession | 200.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account - Oak Forest Banking Center Location: In De | 500.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Family Furniture - Used - Family Of Six Locati | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing - 4 Seasons Family Of Four Location: In Debtor's Po | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Police Uniforms & Equipment Location: In Debtor's Possession | 750.00 | 0.00 | | 0.00 | FA |
| 8. Police Service Weapons, Location: In Debtor's Possession | 950.00 | 0.00 | | 0.00 | FA |
| 9. Life Insurance Term Policies - Death Benefit Only Country Fi | Unknown | Unknown | | 0.00 | FA |
| 10. Life Insurance Universal Life Todd - Db - $150,000.00 -Surre | 443.22 | 0.00 | | 0.00 | FA |
| 11. Edward Jones College Funds- 2 Accounts - Est Value Location: | 400.00 | 0.00 | | 0.00 | FA |
| 12. Police Pension Location: In Debtor's Possession | 100,000.00 | 0.00 | | 0.00 | FA |
| 13. Trs Pension - Value As Of 6/30/11 Location: In Debtor's Poss | 37,360.00 | 0.00 | | 0.00 | FA |
| 14. Arthur & Varkalis Inc. - Small Builder/Remodeller - Negative | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2007 Dodge Ram Truck Also Used By Debtor For Doing Business | 4,500.00 | 0.00 | | 0.00 | FA |
| 16. 2009 Dodge Caravan Location: In Debtor's Possession | 13,000.00 | 0.00 | | 0.00 | FA |
| 17. Lawsuit (u) | 0.00 | 0.00 | | 117,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $497,503.22   $0.00   $117,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Personal injury claim settlement in process; Negotiating with lien claimants;

012214--TFR submitted to UST for review.

RE PROP #   17   --   Personal injury lawsuit

Initial Projected Date of Final Report (TFR): 01/12/2014   Current Projected Date of Final Report (TFR): 01/12/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-00908 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: TODD A ARTHUR | Bank Name: | The Bank of New York Mellon |
| KELLY ANN ARTHUR | Account Number/CD#: | XXXXXX7963 |
| | | Checking |
| Taxpayer ID No: XX-XXX0186 | Blanket Bond (per case limit): | |
| For Period Ending: 02/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/13 | 17 | Scottsdale Insurance Company | Settlement payment | 1242-000 | $17,500.00 | | $17,500.00 |
| 06/18/13 | 17 | State Farm Mutual Automobile Insurance Company | Settlement payment | 1242-000 | $100,000.00 | | $117,500.00 |
| 06/20/13 | 100001 | Todd Arthur c/o Bernard Mulvaney Sr. 7000 West 127th Street Palos Heights, Illinois 60463 | Exemption | 8100-002 | | $3,476.00 | $114,024.00 |
| 06/20/13 | 100002 | Illinois Risk Fund c/o William Harrington Rusin Maciorowski and Friedman Ltd 10 South Riverside Plaza, Suite 1530 Chicago, Illinois 60606-3833 | Settlement payment | 4220-000 | | $8,605.00 | $105,419.00 |
| 06/20/13 | 100003 | Illinois Risk Fund c/o William Harrington Rusin Maciorowski and Friedman Ltd 10 South Riverside Plaza, Suite 1530 Chicago, Illinois 60606-3833 | Settlement payment | 4220-000 | | $39,689.44 | $65,729.56 |
| 06/20/13 | 100004 | Raymond Garza 3612 W Lincoln Hwy Olympia Fields, IL 60461 | Administrative Expense | 3210-000 | | $39,166.67 | $26,562.89 |
| 06/20/13 | 100005 | Raymond Garza 3612 W Lincoln Hwy Olympia Fields, IL 60461 | Administrative Expense | 3220-000 | | $1,207.90 | $25,354.99 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.35 | $25,304.64 |
| 10/28/13 | 100006 | Frank Gecker LLP 325 N. LaSalle Suite 625 Chicago, IL 60610 | Administrative Expense | 3210-000 | | $7,100.00 | $18,204.64 |
| 10/28/13 | 100007 | Frank Gecker LLP 325 N. LaSalle Suite 625 Chicago, IL 60610 | Administrative Expense | 3220-000 | | $25.54 | $18,179.10 |

| | | |
|---|---|---|
| COLUMN TOTALS | $117,500.00 | $99,320.90 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $117,500.00 | $99,320.90 |
| Less: Payments to Debtors | $0.00 | $3,476.00 |
| Net | $117,500.00 | $95,844.90 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

| | | |
|---|---|---|
| Page Subtotals: | $117,500.00 | $99,320.90 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7963 - Checking | $117,500.00 | $95,844.90 | $18,179.10 |
|  | $117,500.00 | $95,844.90 | $18,179.10 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $117,500.00 |
| Total Gross Receipts: | $117,500.00 |

Page Subtotals:                    $0.00         $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-00908-BWB
Debtor Name: TODD A ARTHUR
Claims Bar Date: 11/6/2012

Date: February 20, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Todd Arthur<br>c/o Bernard Mulvaney Sr.<br>7000 West 127th Street<br>Palos Heights, Illinois 60463 | Administrative | | $0.00 | $3,476.00 | $3,476.00 |
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $8,951.20 | $8,951.20 |
| 100 3210 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $7,100.00 | $7,100.00 |
| 100 3210 | Raymond Garza<br>3612 W Lincoln Hwy<br>Olympia Fields, IL 60461 | Administrative | | $0.00 | $39,166.67 | $39,166.67 |
| 100 3220 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $25.54 | $25.54 |
| 100 3220 | Raymond Garza<br>3612 W Lincoln Hwy<br>Olympia Fields, IL 60461 | Administrative | | $0.00 | $1,207.90 | $1,207.90 |
| 1 300 7100 | HOMEPAGES / AMERICAN MARKETING & PUBLISHING<br>PO BOX 982<br>DEKALB, IL 60115 | Unsecured | | $2,953.00 | $2,339.44 | $2,339.44 |
| 2 300 7100 | Commonwealth Edison Company<br>3 Linconln Center<br>Oakbrook Terrace, IL 60181<br>Attn: Bankruptcy Department | Unsecured | | $205.00 | $526.26 | $526.26 |
| 3 300 7100 | Robert Arthur<br>c/o Samuel Z. Goldfarb<br>Borovsky & Ehrlich<br>111 E. Wacker Drive, Suite 1325<br>Chicago, IL 60601 | Unsecured | | $66,000.00 | $43,563.39 | $43,563.39 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-00908-BWB  
Debtor Name: TODD A ARTHUR  
Claims Bar Date: 11/6/2012  

Date: February 20, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | Atlas Acquisitions Llc as assignee of HSBC Bank Nevada National 294 Union St. Hackensack, Nj 07601 | Unsecured | | $0.00 | $3,579.89 | $3,579.89 |
| 5 300 7100 | Atlas Acquisitions LLC as assignee of Citibank South Dakota NA 294 Union St. Hackensack, NJ 07601 | Unsecured | | $7,576.00 | $7,576.17 | $7,576.17 |
| 6 300 7100 | Wells Fargo Bank NA Business Direct Division P.O. Box 29482 Phoenix, AZ 85038-8650 | Unsecured | | $0.00 | $52,291.07 | $52,291.07 |
| 7 300 7100 | American Express Bank FSB c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Unsecured | | $12,046.00 | $12,046.47 | $12,046.47 |
| 8 300 7100 | American Import Tile 7000 Wheeler Dr Orland Park, IL 60462 | Unsecured | | $1,120.00 | $1,259.89 | $1,259.89 |
| 9 300 7100 | American Builders & Cont Supp c/o Teller Levit & Silvertrust PC 19 S Lasalle St Suite 701 Chicago, IL 60603 | Unsecured | | $0.00 | $25,625.62 | $25,625.62 |
| 10 300 7100 | Capital One Bank (USA), N. A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $10,266.76 | $10,266.76 |
| 11 300 7100 | Capital One Bank (USA), N. A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $29,839.45 | $29,839.45 |
| 12 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $10,787.71 | $10,787.71 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-00908-BWB  
Debtor Name: TODD A ARTHUR  
Claims Bar Date: 11/6/2012

Date: February 20, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13 300 7100 | Schaaf Window Co., Inc<br>18445 Thompson Court<br>Tinley Park, IL 60477 | Unsecured | | $0.00 | $10,354.11 | $10,354.11 |
| 14 300 7100 | ABC Supply Company Inc<br>American Financial Management Inc<br>3715 Ventura Drive<br>Arlington, Heights, IL 60004 | Unsecured | | $0.00 | $25,625.62 | $25,625.62 |
| 15 350 7200 | 22nd Century Media<br>11516 W 183rd Street<br>Orland Park, IL 60467 | Unsecured | | $0.00 | $2,367.27 | $2,367.27 |
| 400 4220 | Illinois Risk Fund<br>c/o William Harrington<br>Rusin Maciorowski and Friedman Ltd<br>10 South Riverside Plaza, Suite 1530<br>Chicago, Illinois 60606-3833 | Secured | | $0.00 | $39,689.44 | $39,689.44 |
| 400 4220 | Illinois Risk Fund<br>c/o William Harrington<br>Rusin Maciorowski and Friedman Ltd<br>10 South Riverside Plaza, Suite 1530<br>Chicago, Illinois 60606-3833 | Secured | | $0.00 | $8,605.00 | $8,605.00 |
| | Case Totals | | | $89,900.00 | $346,270.87 | $346,270.87 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-00908
Case Name: TODD A ARTHUR
　　　　　　KELLY ANN ARTHUR
Trustee Name: Joji Takada, Chapter 7 Trustee

　　　　Balance on hand　　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Illinois Risk Fund | $ | $ | $ | $ |
|  | Illinois Risk Fund | $ | $ | $ | $ |

　　Total to be paid to secured creditors　　　　　　　　$＿＿＿＿＿＿＿＿＿

　　Remaining Balance　　　　　　　　　　　　　　　　　$＿＿＿＿＿＿＿＿＿

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Attorney for Trustee Fees: Raymond Garza | $ | $ | $ |
| Attorney for Trustee Expenses: Raymond Garza | $ | $ | $ |
| Other: Frank Gecker LLP | $ | $ | $ |
| Other: Frank Gecker LLP | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　$＿＿＿＿＿＿＿＿＿

　　Remaining Balance　　　　　　　　　　　　　　　　　$＿＿＿＿＿＿＿＿＿

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HOMEPAGES / AMERICAN MARKETING & PUBLISHING | $ | $ | $ |
| 2 | Commonwealth Edison Company | $ | $ | $ |
| 3 | Robert Arthur | $ | $ | $ |
| 4 | Atlas Acquisitions Llc | $ | $ | $ |
| 5 | Atlas Acquisitions LLC | $ | $ | $ |
| 6 | Wells Fargo Bank NA | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | American Express Bank FSB | $ | $ | $ |
| 8 | American Import Tile | $ | $ | $ |
| 9 | American Builders & Cont Supp | $ | $ | $ |
| 10 | Capital One Bank (USA), N. A. | $ | $ | $ |
| 11 | Capital One Bank (USA), N. A. | $ | $ | $ |
| 12 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 13 | Schaaf Window Co., Inc | $ | $ | $ |
| 14 | ABC Supply Company Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | 22nd Century Media | $ | $ | $ |

Total to be paid to tardy general unsecured creditors   $_____

Remaining Balance   $_____

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE