**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: § | Case No. 12-00908 |
| TODD A ARTHUR § | Chapter 7 |
| KELLY ANN ARTHUR § | |
| Debtor(s) § | |
| § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:
Date:         3/28/14
Time:         9:15 a.m.
Location:     Joliet City Hall
              Second Floor
              150 West Jefferson Street
              Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  2/22/14                   By:   */s/ Joji Takada*
                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
 §
TODD A ARTHUR § Case No. 12-00908
KELLY ANN ARTHUR §
 §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 117,500.00 |
| and approved disbursements of | $ 99,320.90 |
| leaving a balance on hand of[1] | $ 18,179.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | Illinois Risk Fund | $ 8,605.00 | $ 8,605.00 | $ 8,605.00 | $ 0.00 |
| | Illinois Risk Fund | $ 39,689.44 | $ 39,689.44 | $ 39,689.44 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 18,179.10 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 8,951.20 | $ 0.00 | $ 8,951.20 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 7,100.00 | $ 7,100.00 | $ 0.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 25.54 | $ 25.54 | $ 0.00 |
| Other: Raymond Garza | $ 40,374.57 | $ 40,374.57 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 8,951.20 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

    Remaining Balance                                                      $              9,227.90

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 235,681.85  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.9  percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HOMEPAGES / AMERICAN MARKETING & PUBLISHING | $ 2,339.44 | $ 0.00 | $ 91.60 |
| 2 | Commonwealth Edison Company | $ 526.26 | $ 0.00 | $ 20.61 |
| 3 | Robert Arthur | $ 43,563.39 | $ 0.00 | $ 1,705.68 |
| 4 | Atlas Acquisitions Llc | $ 3,579.89 | $ 0.00 | $ 140.17 |
| 5 | Atlas Acquisitions LLC | $ 7,576.17 | $ 0.00 | $ 296.64 |
| 6 | Wells Fargo Bank NA | $ 52,291.07 | $ 0.00 | $ 2,047.41 |
| 7 | American Express Bank FSB | $ 12,046.47 | $ 0.00 | $ 471.67 |
| 8 | American Import Tile | $ 1,259.89 | $ 0.00 | $ 49.33 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | American Builders & Cont Supp | $ 25,625.62 | $ 0.00 | $ 1,003.35 |
| 10 | Capital One Bank (USA), N. A. | $ 10,266.76 | $ 0.00 | $ 401.99 |
| 11 | Capital One Bank (USA), N. A. | $ 29,839.45 | $ 0.00 | $ 1,168.34 |
| 12 | Pyod, Llc Its Successors And Assigns As Assignee | $ 10,787.71 | $ 0.00 | $ 422.37 |
| 13 | Schaaf Window Co., Inc | $ 10,354.11 | $ 0.00 | $ 405.40 |
| 14 | ABC Supply Company Inc | $ 25,625.62 | $ 0.00 | $ 1,003.34 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 9,227.90 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,367.27 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | 22nd Century Media | $ 2,367.27 | $ 0.00 | $ 0.00 |

|   |   |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                          Case No. 12-00908-BWB
Todd A Arthur                                                                                   Chapter 7
Kelly Ann Arthur
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ccabrales              Page 1 of 3                  Date Rcvd: Feb 24, 2014
                               Form ID: pdf006              Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2014.
```
db/jdb     +Todd A Arthur,    Kelly Ann Arthur,   19554 Heritage Drive,    Tinley Park, IL 60487-7295
18354497   +22nd Century Media,    11516 W 183rd Street,    Orland Park, IL 60467-9471
19610448   +ABC Supply Company Inc,    American Financial Management Inc,    3715 Ventura Drive,
             Arlington, Heights, IL 60004-7696
18354499   +AGA,   740 Walt Whitman Road,    Melville, NY 11747-2212
18354506   +ARSI,   555 St Charles Dr., Ste 100,    Thousand Oaks, CA 91360-3983
18354500  #+Allegiance HVAC,    19135 Blackhawk Pkwy,    Mokena, IL 60448-8986
18354501   +Allied Building Products,    c/o Chaet Kaplan Bain,    30 N LaSalle St., Ste 1520,
             Chicago, IL 60602-3387
18354502   +American Builders & Cont Supp,    Teller Levit & Silvertrust PC,    19 S Lasalle St Suite 701,
             Chicago, IL 60603-6369
18354503    American Express,    Box 0001,   Los Angeles, CA  90096-0001
19356395    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18354504   +American Import Tile,    7000 Wheeler Dr,    Orland Park, IL 60462-5163
18354505   +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
18354507   +Arthur and Varkalis Builders,    dba Arthur Custom Homes,    19554 Heritage Dr,
             Tinley Park, IL 60487-7295
19295135   +Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA,),    294 Union St.,   Hackensack, NJ 07601-4303
19295134   +Atlas Acquisitions LLC (HSBC Bank Nevada Natio),    294 Union St.,   Hackensack, NJ 07601-4303
18354512   +Bayview Loan Servicing LLC,    1 N LaSalle St., Ste 850,    Chicago, IL 60602-3942
18354513   +Bernard P. Mulvaney Sr.,    7000 West 127th Street,    Palos Heights, IL 60463-1558
18354514   +Blatt, Hassenmiller, Leibsker,    125 S Wacker Dr., Suite 400,    Chicago, IL 60606-4440
18354515   +Borovsky & Ehrlich,    111 E Wacker Drive., Ste 1325,    Chicago, IL 60601-4400
18354517  ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
18354518   +CBE Group,   1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
19401376    Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
18354519   +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
18354520   +ChaetKaplanBain,    30 North LaSalle, Ste 1320,    Chicago, IL 60602-2590
18354521   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18354522   +Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
18354523   +Citibank SD,    Po Box 6241,   Sioux Falls, SD 57117-6241
18354525    ComEd,   P.O. Box 611,    Carol Stream, IL  60197
18354524    Comcast,   P.O. Box 3002,    19398-3002
18354526   +Complete Drywall & Taping,    26350 Scheer Rd,    Manhattan, IL 60442-9574
18354527    Corsetti Steel,    2515 Old New Lenox Rd,    Joliet, IL  60433
18354528   +Dell Financial Service,    c/o ARSI,   555 St Charles Sr., #110,    Thousand Oaks, CA 91360-3982
18354530   +Duarte Stonemason,    1121 Ridgewood,   Joliet, IL 60432-2515
18354532   +Forest Lumber Company,    17280 S Cicero Ave,    Country Club Hil, IL 60478-2199
18354533   +Frankfort Square Partners,    9445 Cosaire Rd,    Frankfort, IL 60423-2633
18354535   +GS Service Limited Collection,    6330 Gulfton,   Houston, TX 77081-1108
18430141   +HOMEPAGES / AMERICAN MARKETING & PUBLISHING,    PO BOX 982,    DEKALB, IL 60115-0982
18354536   +Hamstra Roofing,    22823 S Mustang Rd,    Frankfort, IL 60423-2505
18354537   +Heavner, Scott, Beyers et. al.,    111 East Main Street, Ste 200,    Decatur, IL 62523-1204
18354538    Home Depot Credit Services,    Processing Center,    Des Moines, IA  50364-0500
18354539   +Home Pages,    915 E Liincoln Hwy, PO Box 801,    DeKalb, IL 60115-0801
18354540   +Hoogendoorn & talbot,    John C Lillig,    122 S Michigan Ave, Ste 1220,    Chicago, IL 60603-6263
18354541   +Hooked Up Inc,    648 First St,   Crete, IL 60417-2034
18354543   +Hsbc/rs,   90 Christiana Rd,    New Castle, DE 19720-3118
18354544   +Image Innovations,    P.O. Box 2203,   Chesterton, IN 46304-0303
18354546   +Infinity Landscape,    21752 St Albert Ct,    Mokena, IL 60448-9413
18354545   +Infinity insurance,    P.O. Box 830807,    Birmingham, AL 35283-0807
18354547   +Integrity Financial,    4370 W 109th St., Ste 100,    Overland Park, KS 66211-1316
18354548   +John M Galich, Esq., LLC,    1010 Jorie Blvd., Ste 370,    Oak Brook, IL 60523-4467
18354549   +Kim Noonan - ReMax All Prop,    1938 E Lincoln Hwy, Ste 218,    New Lenox, IL 60451-3860
18354498    LTD Financial,    Houston, TX  77074
18354550   +Langhenry Gillen Ludquist,    Joshua M Feagans,    18 W Cass St., Ste 500,    Joliet, IL 60432-4116
18354553   +M & M Affordable Plumbing Inc,    1813 Moen Ave,    Joliet, IL 60436-9327
18354554   +Michael Schultz,    1828 Roberts,   Wilmington, IL 60481-1729
18354555   +Nationwide Credit Inc,    2002 Summit Blvd,    Atlanta, GA 30319-1560
18354558   +PPG Finishes,    P.O. Box 536864,    Atlanta, GA 30353-6864
18354557    Paul & Laura Smajo,    2526 W Corning Ave,    Beecher, IL  60401
18354560   +Robert & Annette Arthur,    14525 Beacon Avenue,    Orland Park, IL 60462-2425
18723813   +Robert Arthur,    c/o Samuel Z. Goldfarb,    Borovsky & Ehrlich,    111 E. Wacker Drive, Suite 1325,
             Chicago, IL 60601-4400
18354561   +Schaaf Window Co., Inc,    18445 Thompson Court,    Tinley Park, IL 60477-6743
18354562   +Sears/cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
18354563   +Slager Concrete,    25660 S LaGrange, Unit 1,    Monee, IL 60449-9361
18354565   +Sun Times Media,    c/o Levy Diamond Bellow,    P.O. Box 352,    Milford, CT 06460-0352
18378076   +TD Auto Finance, L.L.C.,    c/o Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,
             St. Louis, MO 63105-1960
18354566   +Td Auto Finance,    5225 Crooks Rd Ste 140,    Troy, MI 48098-2823
18354568   +Thomas F Courtney & Assoc,    7000 W 127th St,    Palos Heights, IL 60463-1558
```

```
District/off: 0752-1           User: ccabrales             Page 2 of 3                   Date Rcvd: Feb 24, 2014
                               Form ID: pdf006             Total Noticed: 88


18354569     +Timber Ridge,    P.O. Box 346,    New Lenox, IL 60451-0346
18354570      Timber Ridge Const Co,    c/o Thomas P Burke,    23930 Bay to Bay Blvd,    Beecher, IL  60401
18354571     +Tracy Johnson & Wilson,    Raymond Meader,    2801 Black Rd., 2nd Floor,    Joliet, IL 60435-2702
18354572     +Van Bruggen Signs,    13401 Southwest Hwy,    Orland Park, IL 60462-1395
18354573     +Van's Disposal,    11641 S Ridgeland Ave,    Alsip, IL 60803-2451
18354574     +Village of Peotone,    208 E Main Street,    Peotone, IL 60468-9279
18354575     +Vistanes Cascades Assoc,    P.O. Box 105105,    Atlanta, GA 30348-5105
18354576     +Wells Fargo,    100 W Washington, Floor 5,    Phoenix, AZ 85003-1802
19321950     +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
18354577     +Will County,    14 W Jefferson,    Joliet, IL 60432-4359
18354578     +Will County Treasurer,    302 N Chicago Street,    Joliet, IL 60432-4059
18354579     +Zwicker & Assoc,    7366 N Lincoln Ave., Ste 102,    Lincolnwood, IL 60712-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18354510      E-mail/Text: g17768@att.com Feb 25 2014 02:06:09       AT & T,    P.O. Box 8100,
               Aurora, IL  60507-8100
18382507     +E-mail/Text: bnc@atlasacq.com Feb 25 2014 02:06:12       Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
18354511     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 25 2014 02:08:11
               Bayview Loan Servicing Inc,    4425 Ponce De Leon, 5th Fl,    Miami, FL 33146-1837
18354516     +E-mail/Text: ebn@squaretwofinancial.com Feb 25 2014 02:08:06        CACH LLC,
               4340 S MONACO ST UNIT 2,    DENVER, CO 80237-3408
18532022     +E-mail/Text: legalcollections@comed.com Feb 25 2014 02:08:24        Commonwealth Edison Company,
               3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
18354531     +E-mail/Text: fmb.bankruptcy@firstmidwest.com Feb 25 2014 02:07:42        First Midwest Bank,
               P.O Box 9003,    Gurnee, IL 60031-9003
18354551     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2014 02:21:57        LVNV FUNDING LLC,
               PO BOX 740281,    HOUSTON, TX 77274-0281
18354556     +E-mail/Text: bankrup@aglresources.com Feb 25 2014 02:06:00        Nicor Gas,    P.O. Box 190,
               Aurora, IL 60507-0190
19513474     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2014 02:19:53
               PYOD, LLC its successors and assigns as assignee,     of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
18354564     +E-mail/Text: credit@sdcu.org Feb 25 2014 02:06:42       South Division Credit Union,
               14740 Cicero Ave.,    Midlothian, IL 60445-3173
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Frank  Gecker LLP
18354542       Hsbc Bank Nev Darvin
18354509*    +Kelly Ann Arthur,    19554 Heritage Drive,    Tinley Park, IL 60487-7295
18354552*    +LVNV Funding LLC,    P.O. Box 740281,    Houston, TX 77274-0281
18354508*    +Todd A Arthur,    19554 Heritage Drive,    Tinley Park, IL 60487-7295
18354529    ##+Dex One Advertising,    c/o Liquidebt Systems,    29 W 170 Butterfield Rd, #102,
               Warrenville, IL 60555-2808
18354534    ##+Freedman Anselmo Lindberg,    1807 W Diehl Rd, Ste 333,    Naperville, IL 60563-1890
18354559    ##+Primary Fiancial Services,    3115 North 3rd Avenue, Ste 112,    Phoenix, AZ 85013-4387
18354567    ##+Teller Levit & Silvertrust,    11 East Adams St., 8th Fl,    Chicago, IL 60603-6324
                                                                                               TOTALS: 2, * 3, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2014                                       Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales              Page 3 of 3              Date Rcvd: Feb 24, 2014
                              Form ID: pdf006              Total Noticed: 88
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2014 at the address(es) listed below:

```
          Bernard P. Mulvaney, Sr.    on behalf of Joint Debtor Kelly Ann Arthur bpmulvaneysr@aol.com,
           caocao8999@aol.com;queenkong89@aol.com
          Bernard P. Mulvaney, Sr.    on behalf of Debtor Todd A Arthur bpmulvaneysr@aol.com,
           caocao8999@aol.com;queenkong89@aol.com
          Bernard P. Mulvaney, Sr.    on behalf of Creditor   South Division Credit Union
           bpmulvaneysr@aol.com,  caocao8999@aol.com;queenkong89@aol.com
          Frances  Gecker    on behalf of Trustee Joji  Takada fgecker@fgllp.com
          Heather M Giannino    on behalf of Creditor    JP Morgan Chase Bank, National Association
           bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
          Heather M Giannino    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for First
           Midwest Bank bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
          Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Kathryn A Klein    on behalf of Creditor    TD Auto Finance LLC  f/k/a Chrysler Financial Services
           Americas, L.L.C. iln@riezmanberger.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Samuel Z Goldfarb    on behalf of Creditor Robert  Arthur borovsky_ehrlich@yahoo.com
          Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                              TOTAL: 12
```