# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                        §
                                              §
TODD A ARTHUR                                 §        Case No. 12-00908
KELLY ANN ARTHUR                              §
                                              §
                                              §
_____Debtor(s)_____      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee                    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Joji Takada, Chapter 7 Trustee _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Arthur, Todd | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Chase 10790 Rancho Bernardo Rd San Diego CA 92127 | | | | | |
| | Creditor # : 2 First Midwest Bank P.O Box 9003 Gurnee IL 60031 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 3 South Division Credit Union 14740 Cicero Ave Midlothian IL 60445 | | | | | |
| | Creditor # : 4 Td Auto Finance 5225 Crooks Rd Ste 140 Troy MI 48098 | | | | | |
| | Creditor # : 5 Vistanes Cascades Assoc P.O. Box 105105 Atlanta GA 30348 | | | | | |
| | Representing: First Midwest Bank | | | | | |
| | Representing: First Midwest Bank | | | | | |
| | Representing: First Midwest Bank | | | | | |
| | Representing: First Midwest Bank | | | | | |
| | Illinois Risk Fund | | | | | |
| | Illinois Risk Fund | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| Frank Gecker LLP | | | | | |
| Raymond Garza | | | | | |
| Frank Gecker LLP | | | | | |
| Raymond Garza | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Will County Treasurer 302 N Chicago Street Joliet IL 60432 | | | | | |
| | Representing: Will County Treasurer | | | | | |
| | Representing: Will County Treasurer | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 22nd Century Media 11516 W 183rd Street Orland Park IL 60467 | | | | | |
| | Creditor # :10 Cap One Po Box 85520 Richmond VA 23285 | | | | | |
| | Creditor # :11 Cbna Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | Creditor # :12 Chase Po Box 15298 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :13 Chase Po Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :14 Chase Po Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :15 Chase Po Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :16 Chase Po Box 15298 Wilmington DE 19850 | | | | | |
| | Creditor # :17 Citibank SD Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | Creditor # :18 Comcast P.O. Box 3002 19398-3002 | | | | | |
| | Creditor # :19 ComEd P.O. Box 611 Carol Stream IL 60197 | | | | | |
| | Creditor # :2 Allegiance HVAC 19135 Blackhawk Pkwy Mokena IL 60448 | | | | | |
| | Creditor # :20 Complete Drywall & Taping 26350 Scheer Rd Manhattan IL 60442 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :21 Corsetti Steel 2515 Old New Lenox Rd Joliet IL 60433 | | | | | |
| | Creditor # :22 Dell Financial Service c/o ARSI 555 St Charles Sr., #110 Thousand Oaks CA 91360 | | | | | |
| | Creditor # :23 Dex One Advertising c/o Liquidebt Systems 29 W 170 Butterfield Rd, #102 Warrenville IL 60555-3159 | | | | | |
| | Creditor # :24 Duarte Stonemason 1121 Ridgewood Joliet IL 60432 | | | | | |
| | Creditor # :25 First Midwest Bank P.O Box 9003 Gurnee IL 60031 | | | | | |
| | Creditor # :26 Forest Lumber Company 17280 S Cicero Ave Country Club Hil IL 60478 | | | | | |
| | Creditor # :27 Forest Lumber Company 17280 S Cicero Ave Country Club Hil IL 60478 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :28 Frankfort Square Partners 9445 Cosaire Rd Frankfort IL 60423 | | | | | |
| | Creditor # :29 Hamstra Roofing 22823 S Mustang Rd Frankfort IL 60423 | | | | | |
| | Creditor # :3 Allied Building Products c/o Chaet Kaplan Bain 30 N LaSalle St., Ste 1520 Chicago IL 60602 | | | | | |
| | Creditor # :30 Home Depot Credit Services Processing Center Des Moines IA 50364-0500 | | | | | |
| | Creditor # :31 Home Pages 915 E Liincoln Hwy, PO Box 801 DeKalb IL 60115 | | | | | |
| | Creditor # :32 Hooked Up Inc 648 First St Crete IL 60417 | | | | | |
| | Creditor # :33 Hsbc Bank Nev Darvin | | | | | |
| | Creditor # :34 Hsbc/rs 90 Christiana Rd New Castle DE 19720 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :35 Image Innovations P.O. Box 2203 Chesterton IN 46304 | | | | | |
| | Creditor # :36 Infinity insurance P.O. Box 830807 Birmingham AL 35283 | | | | | |
| | Creditor # :37 Infinity Landscape 21752 St Albert Ct Mokena IL 60448 | | | | | |
| | Creditor # :38 Kim Noonan - ReMax All Prop 1938 E Lincoln Hwy, Ste 218 New Lenox IL 60451 | | | | | |
| | Creditor # :39 M & M Affordable Plumbing Inc 1813 Moen Ave Joliet IL 60436 | | | | | |
| | Creditor # :4 American Builders & Cont Supp dba ABC Supply Co Inc 1 ABC Parkway Beloit WI 53511 | | | | | |
| | Creditor # :40 Michael Schultz 1828 Roberts Wilmington IL 60481 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :41 Nicor Gas P.O. Box 190 Aurora IL 60507-9980 | | | | | |
| | Creditor # :42 Paul & Laura Smajo 2526 W Corning Ave Beecher IL 60401 | | | | | |
| | Creditor # :43 PPG Finishes P.O. Box 536864 Atlanta GA 30353 | | | | | |
| | Creditor # :44 Robert & Annette Arthur 14525 Beacon Avenue Orland Park IL 60462 | | | | | |
| | Creditor # :45 Schaaf Window Co., Inc 18445 Thompson Court Tinley Park IL 60477 | | | | | |
| | Creditor # :46 Sears/cbna Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | Creditor # :47 Slager Concrete 25660 S LaGrange, Unit 1 Monee IL 60449 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :48 Sun Times Media c/o Levy Diamond Bellow P.O. Box 352 Milford CT 06460 | | | | | |
| | Creditor # :49 Timber Ridge Const Co c/o Thomas P Burke 23930 Bay to Bay Blvd Beecher IL 60401 | | | | | |
| | Creditor # :5 American Express Box 0001 Los Angeles CA 90096-0001 | | | | | |
| | Creditor # :50 Van Bruggen Signs 13401 Southwest Hwy Orland Park IL 60462 | | | | | |
| | Creditor # :51 Van's Disposal 11641 S Ridgeland Ave Alsip IL 60803 | | | | | |
| | Creditor # :52 Village of Peotone 208 E Main Street Peotone IL 60468 | | | | | |
| | Creditor # :53 Wells Fargo 100 W Washington, Floor 5 Phoenix AZ 85003 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :54 Wells Fargo 100 W Washington, Floor 5 Phoenix AZ 85003 | | | | | |
| | Creditor # :55 Will County 14 W Jefferson Joliet IL 60432 | | | | | |
| | Creditor # :56 Will County Treasurer 302 N Chicago Street Joliet IL 60432 | | | | | |
| | Creditor # :6 American Import Tile 7000 Wheeler Dr Orland Park IL 60462 | | | | | |
| | Creditor # :7 Amex Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | Creditor # :8 AT & T P.O. Box 8100 Aurora IL 60507-8100 | | | | | |
| | Creditor # :9 Cap One Po Box 85520 Richmond VA 23285 | | | | | |
| | Representing: Allied Building Products | | | | | |
| | Representing: Allied Building Products | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: American Builders & Cont Supp | | | | | |
| | Representing: American Express | | | | | |
| | Representing: Amex | | | | | |
| | Representing: Cap One | | | | | |
| | Representing: Cap One | | | | | |
| | Representing: Cap One | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Citibank SD | | | | | |
| | Representing: Citibank SD | | | | | |
| | Representing: Complete Drywall & Taping | | | | | |
| | Representing: First Midwest Bank | | | | | |
| | Representing: First Midwest Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: First Midwest Bank | | | | | |
| | Representing: First Midwest Bank | | | | | |
| | Representing: Forest Lumber Company | | | | | |
| | Representing: Forest Lumber Company | | | | | |
| | Representing: Home Depot Credit Services | | | | | |
| | Representing: Hsbc Bank Nev Darvin | | | | | |
| | Representing: Hsbc Bank Nev Darvin | | | | | |
| | Representing: M & M Affordable Plumbing Inc | | | | | |
| | Representing: Paul & Laura Smajo | | | | | |
| | Representing: Robert & Annette Arthur | | | | | |
| | Representing: Robert & Annette Arthur | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Schaaf Window Co., Inc | | | | | |
| | Representing: Timber Ridge Const Co | | | | | |
| | Representing: Wells Fargo | | | | | |
| | Representing: Wells Fargo | | | | | |
| | Representing: Will County Treasurer | | | | | |
| | Representing: Will County Treasurer | | | | | |
| 14 | ABC Supply Company Inc | | | | | |
| 9 | American Builders & Cont Supp | | | | | |
| 7 | American Express Bank FSB | | | | | |
| 8 | American Import Tile | | | | | |
| 5 | Atlas Acquisitions LLC | | | | | |
| 4 | Atlas Acquisitions Llc | | | | | |
| 10 | Capital One Bank (USA), N. A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Capital One Bank (USA), N. A. | | | | | |
| 2 | Commonwealth Edison Company | | | | | |
| 1 | HOMEPAGES / AMERICAN MARKETING & PUBLISHING | | | | | |
| 12 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 3 | Robert Arthur | | | | | |
| 13 | Schaaf Window Co., Inc | | | | | |
| 6 | Wells Fargo Bank NA | | | | | |
| 15 | 22nd Century Media | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-00908 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | TODD A ARTHUR | | | | | Date Filed (f) or Converted (c): | 01/12/2012 (f) |
| | KELLY ANN ARTHUR | | | | | 341(a) Meeting Date: | 02/01/2012 |
| For Period Ending: | 10/01/2014 | | | | | Claims Bar Date: | 11/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  19554 Heritage Dr., Tinley Park, Il Cma 6-2011 | 335,000.00 | 0.00 | | 0.00 | FA |
| 2.  Vistana Cascades - 1 Week Time Share Purchase Price $8 | 400.00 | 0.00 | | 0.00 | FA |
| 3.  Cash Location: In Debtor's Possession | 200.00 | 0.00 | | 0.00 | FA |
| 4.  Checking Account - Oak Forest Banking Center Location: In De | 500.00 | 0.00 | | 0.00 | FA |
| 5.  Miscellaneous Family Furniture - Used - Family Of Six Locati | 1,500.00 | 0.00 | | 0.00 | FA |
| 6.  Clothing - 4 Seasons Family Of Four Location: In Debtor's Po | 2,500.00 | 0.00 | | 0.00 | FA |
| 7.  Police Uniforms & Equipment Location: In Debtor's Possession | 750.00 | 0.00 | | 0.00 | FA |
| 8.  Police Service Weapons, Location: In Debtor's Possession | 950.00 | 0.00 | | 0.00 | FA |
| 9.  Life Insurance Term Policies - Death Benefit Only Country Fi | Unknown | Unknown | | 0.00 | FA |
| 10.  Life Insurance Universal Life Todd - Db - $150,000.00 -Surre | 443.22 | 0.00 | | 0.00 | FA |
| 11.  Edward Jones College Funds- 2 Accounts - Est Value Location: | 400.00 | 0.00 | | 0.00 | FA |
| 12.  Police Pension Location: In Debtor's Possession | 100,000.00 | 0.00 | | 0.00 | FA |
| 13.  Trs Pension - Value As Of 6/30/11 Location: In Debtor's Poss | 37,360.00 | 0.00 | | 0.00 | FA |
| 14.  Arthur & Varkalis Inc. - Small Builder/Remodeller - Negative | 0.00 | 0.00 | | 0.00 | FA |
| 15.  2007 Dodge Ram Truck Also Used By Debtor For Doing Business | 4,500.00 | 0.00 | | 0.00 | FA |
| 16.  2009 Dodge Caravan Location: In Debtor's Possession | 13,000.00 | 0.00 | | 0.00 | FA |
| 17.  Lawsuit (u) | 0.00 | 0.00 | | 117,500.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)　　　　　　$497,503.22　　　　　$0.00　　　　　　　　　　　$117,500.00　　　$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Personal injury claim settlement in process; Negotiating with lien claimants;

012214--TFR submitted to UST for review.

Exhibit 8

RE PROP #          17   --   Personal injury lawsuit

Initial Projected Date of Final Report (TFR): 01/12/2014          Current Projected Date of Final Report (TFR): 01/12/2015

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 12-00908 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit 9 |
| Case Name: TODD A ARTHUR | Bank Name: The Bank of New York Mellon | |
| KELLY ANN ARTHUR | Account Number/CD#: XXXXXX7963 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0186 | Blanket Bond (per case limit): | |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/13 | 17 | Scottsdale Insurance Company | Settlement payment | 1242-000 | $17,500.00 | | $17,500.00 |
| 06/18/13 | 17 | State Farm Mutual Automobile Insurance Company | Settlement payment | 1242-000 | $100,000.00 | | $117,500.00 |
| 06/20/13 | 100001 | Todd Arthur c/o Bernard Mulvaney Sr. 7000 West 127th Street Palos Heights, Illinois 60463 | Exemption | 8100-002 | | $3,476.00 | $114,024.00 |
| 06/20/13 | 100002 | Illinois Risk Fund c/o William Harrington Rusin Maciorowski and Friedman Ltd 10 South Riverside Plaza, Suite 1530 Chicago, Illinois 60606-3833 | Settlement payment | 4220-000 | | $8,605.00 | $105,419.00 |
| 06/20/13 | 100003 | Illinois Risk Fund c/o William Harrington Rusin Maciorowski and Friedman Ltd 10 South Riverside Plaza, Suite 1530 Chicago, Illinois 60606-3833 | Settlement payment | 4220-000 | | $39,689.44 | $65,729.56 |
| 06/20/13 | 100004 | Raymond Garza 3612 W Lincoln Hwy Olympia Fields, IL 60461 | Administrative Expense | 3210-000 | | $39,166.67 | $26,562.89 |
| 06/20/13 | 100005 | Raymond Garza 3612 W Lincoln Hwy Olympia Fields, IL 60461 | Administrative Expense | 3220-000 | | $1,207.90 | $25,354.99 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.35 | $25,304.64 |
| 10/28/13 | 100006 | Frank Gecker LLP 325 N. LaSalle Suite 625 Chicago, IL 60610 | Administrative Expense | 3210-000 | | $7,100.00 | $18,204.64 |
| 10/28/13 | 100007 | Frank Gecker LLP 325 N. LaSalle Suite 625 Chicago, IL 60610 | Administrative Expense | 3220-000 | | $25.54 | $18,179.10 |
| 04/01/14 | 100008 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $8,951.20 | $9,227.90 |

| | | | Page Subtotals: | | $117,500.00 | $108,272.10 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-00908 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: TODD A ARTHUR | Bank Name: The Bank of New York Mellon | |
| KELLY ANN ARTHUR | Account Number/CD#: XXXXXX7963 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0186 | Blanket Bond (per case limit): | |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/14 | 100009 | HOMEPAGES / AMERICAN MARKETING & PUBLISHING PO BOX 982 DEKALB, IL 60115 | Final distribution to claim 1 per court order. | 7100-000 | | $91.60 | $9,136.30 |
| 04/01/14 | 100010 | Commonwealth Edison Company 3 Linconln Center Oakbrook Terrace, IL 60181 Attn: Bankruptcy Department | Final distribution to claim 2 per court order. | 7100-000 | | $20.61 | $9,115.69 |
| 04/01/14 | 100011 | Robert Arthur c/o Samuel Z. Goldfarb Borovsky & Ehrlich 111 E. Wacker Drive, Suite 1325 Chicago, IL 60601 | Final distribution to claim 3 per court order. | 7100-000 | | $1,705.68 | $7,410.01 |
| 04/01/14 | 100012 | Atlas Acquisitions Llc as assignee of HSBC Bank Nevada National 294 Union St. Hackensack, Nj 07601 | Final distribution to claim 4 per court order. | 7100-000 | | $140.17 | $7,269.84 |
| 04/01/14 | 100013 | Atlas Acquisitions LLC as assignee of Citibank South Dakota NA 294 Union St. Hackensack, NJ 07601 | Final distribution to claim 5 per court order. | 7100-000 | | $296.64 | $6,973.20 |
| 04/01/14 | 100014 | Wells Fargo Bank NA Business Direct Division P.O. Box 29482 Phoenix, AZ 85038-8650 | Final distribution to claim 6 per court order. | 7100-000 | | $2,047.41 | $4,925.79 |
| 04/01/14 | 100015 | American Express Bank FSB c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Final distribution to claim 7 per court order. | 7100-000 | | $471.67 | $4,454.12 |
| 04/01/14 | 100016 | American Import Tile 7000 Wheeler Dr Orland Park, IL 60462 | Final distribution to claim 8 per court order. | 7100-000 | | $49.33 | $4,404.79 |
| 04/01/14 | 100017 | American Builders & Cont Supp c/o Teller Levit & Silvertrust PC 19 S Lasalle St Suite 701 Chicago, IL 60603 | Final distribution to claim 9 per court order. | 7100-000 | | $1,003.35 | $3,401.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals: | | $0.00 | $5,826.46 |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: 12-00908 | | | | Trustee Name: Joji Takada, Chapter 7 Trustee | | |
| Case Name: TODD A ARTHUR | | | | Bank Name: The Bank of New York Mellon | | |
| KELLY ANN ARTHUR | | | | Account Number/CD#: XXXXXX7963 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX0186 | | | | Blanket Bond (per case limit): | | |
| For Period Ending: 10/01/2014 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/14 | 100018 | N. A. Capital One Bank (USA) PO Box 71083 Charlotte, NC 28272-1083 | Final distribution to claim 10 per court order. | 7100-000 | | $401.99 | $2,999.45 |
| 04/01/14 | 100019 | N. A. Capital One Bank (USA) PO Box 71083 Charlotte, NC 28272-1083 | Final distribution to claim 11 per court order. | 7100-000 | | $1,168.34 | $1,831.11 |
| 04/01/14 | 100020 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 12 per court order. | 7100-000 | | $422.37 | $1,408.74 |
| 04/01/14 | 100021 | Schaaf Window Co., Inc 18445 Thompson Court Tinley Park, IL 60477 | Final distribution to claim 13 per court order. | 7100-000 | | $405.40 | $1,003.34 |
| 04/01/14 | 100022 | ABC Supply Company Inc American Financial Management Inc 3715 Ventura Drive Arlington, Heights, IL 60004 | Final distribution to claim 14 per court order. | 7100-000 | | $1,003.34 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $117,500.00 | $117,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $117,500.00 | $117,500.00 |
| Less: Payments to Debtors | $0.00 | $3,476.00 |
| Net | $117,500.00 | $114,024.00 |

| Page Subtotals: | $0.00 | $3,401.44 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7963 - Checking | $117,500.00 | $114,024.00 | $0.00 |
| | $117,500.00 | $114,024.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $117,500.00 |
| Total Gross Receipts: | $117,500.00 |

Page Subtotals:                              $0.00              $0.00